IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:01CV283

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE CO., <br>     Plaintiff <br> vs. <br><br> FREDDIE B. LANE, SR., et al, <br>     Defendants. | ) ) ) ) ) ) ) ) ) )    **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of this case. The Pretrial Order and Case Management Plan entered on June 17, 2005 (Document No. 23) ordered the parties to complete mediation and file a report on the results thereof by December 15, 2005, and set trial for the Civil Term beginning August 7, 2006. It appears that the parties have failed to complete a formal mediation as no report has been filed.

**IT IS, THEREFORE, ORDERED** that the parties shall attend a formal mediation and file a report on the results of the mediation with the Court within **forty-five (45) days** from the date of the filing of this Order.

Signed: June 6, 2006

David C. Keesler
United States Magistrate Judge